```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REYANDO HUGGINS,                  :    CIVIL ACTION
                                  :    NO. 12-3655
        Petitioner,               :
                                  :
    v.                            :
                                  :
JOHN KERESTES, et al.,            :
                                  :
        Respondents.              :
```

## O R D E R

**AND NOW**, this **26th** day of **September, 2013**, for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(2) The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is **DENIED** and **DISMISSED with prejudice**;

(3) A Certificate of Appealability will not issue; and

(4) The Clerk of Court shall mark this case as **CLOSED**.

**AND IT IS SO ORDERED.**

                              /s/ Eduardo C. Robreno
                              **EDUARDO C. ROBRENO,    J.**